

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00263-CV

Griselda **ORTIZ**,
Appellant

v.

Carlos **GUERRERO**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Appellant is represented on appeal by Mr. Lee R. Hernandez. On August 19, 2014, Mr. Hernandez filed an appellate brief that does not comply with the Texas Rules of Appellate Procedure because it does not provide "appropriate citations to the clerk's record or the reporter's record. *See* Tex. R. App. P. 38.1(d), (g), (i). The "Statement of the Case" "should be supported by record references; the "Statement of the Facts" "must be supported by record references," and the "Argument" "must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." *Id.* Also, the brief does not contain an appendix. *Id.* 38.1(k). Finally, the brief does not contain a certificate of compliance under Rule 9.4(2), (3).

Substantial compliance with Rule 38 is sufficient. Tex. R. App. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. Tex. R. App. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1).

Because appellant's brief does not comply with Rules 9.4 or 38.1, Mr. Hernandez is hereby ORDERED to file an amended brief that complies with these rules <u>no later than September 1, 2014.</u>

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_____
Keith E. Hottle
Clerk of Court